IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Case No. **04-cv-2133-JLK**

TOM H. CONNOLLY, as liquidating trustee of the Consolidated WIN Liquidating Trust

Plaintiff,

vs.

AT&T CORP. and AT&T WIRELESS SERVICES, INC.,

Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS COURT, having reviewed the Stipulated Motion to Case with Prejudice field by Plaintiff Tom H. Connolly, as the liquidating trustee of the Consolidated WIN Liquidating Trust and Defendant AT&T Corp., and being advised of the premises and good cause having been shown, hereby:

ORDERS that the above-captioned case is DISMISSED with prejudice, with each party to pay its own attorney fees and costs.

Dated:  August 8, 2005.

BY THE COURT:

**S/John L. Kane**
John L. Kane, Senior Judge
United States District Court